# EXHIBIT F

**Exhibit F – Infringement of U.S. Patent No. 8,546,718 by Defendant No. 1**

Plaintiff purchased Amazon ASIN Number B08LDLR91R from the Amazon webstore of Defendant No. 1 that included ten (10) Defendant No. 1 "220842 Plasma Electrode Tips Fit for PMX 45XP/65/85/105 Plasma Cutting Torch Consumable(s)" (each a "Defendant No. 1 220842 Electrode"). Each Infringing Product sold by Defendant No. 1 identified in Exhibit H to the Complaint ("Defendant No. 1 Infringing Product") contains one or more Defendant No. 1 220842 Electrodes. As set forth below, the Defendant No. 1 220842 Electrode infringes at least claim 1 of the '718 Patent. Because each Defendant No. 1 Infringing Product includes at least one Defendant No. 1 220842 Electrode, then each Infringing Product also infringes at least claim 1 of the '718 Patent.

| '718 Patent, Claim 1 | Infringement Proof |
|---|---|
| 1. An electrode for a contact start plasma arc torch in electrical communication with a power supply, the electrode being movable relative to a nozzle within a plasma chamber of the torch, the electrode comprising: | The Defendant No. 1 220842 Electrode is an electrode for a contact start plasma arc torch in electrical communication with a power supply. The Defendant No. 1 220842 Electrode is made especially for use in Hypertherm's Powermax contact start plasma arc torch systems. The Defendant No. 1 220842 Electrode is movable relative to a nozzle within a plasma chamber of the torch, such movement being driven in part by a balance of gas pressure in the plasma chamber of the plasma arc torch nozzle and the biasing influence of the resilient element, a spring, at the proximal end of the electrode.<br><br> |

**Exhibit F – Infringement of U.S. Patent No. 8,546,718 by Defendant No. 1**

| '718 Patent, Claim 1 | Infringement Proof |
|---|---|
| an elongated electrode body formed of an electrically conductive material, the electrode body defining a longitudinal axis; and | The Defendant No. 1 220842 Electrode includes an elongated electrode body formed of an electrically conductive material, copper. The elongated electrode body defines a longitudinal axis, shown in red dashed line.  |

**Exhibit F – Infringement of U.S. Patent No. 8,546,718 by Defendant No. 1**

| '718 Patent, Claim 1 | Infringement Proof |
|---|---|
| a resilient element contacting a proximal end of the electrode body and imparting a separation force to the electrode body, | The Defendant No. 1 220842 Electrode includes a resilient element, a spring. The resilient element contacts a proximal end of the electrode body and imparts a separation force to the electrode body by pressing against the electrode body at the proximal end.<br><br> |

**Exhibit F – Infringement of U.S. Patent No. 8,546,718 by Defendant No. 1**

| '718 Patent, Claim 1 | Infringement Proof |
|---|---|
| wherein the electrode body is adapted to overcome the separation force and engage a contact element of the torch when the torch is operated in a transferred arc mode. | The Defendant No. 1 220842 Electrode body is adapted to overcome the separation force imparted by the resilient element, *i.e.* the spring, and engage a contact element of the torch. When the Defendant No. 1 220842 Electrode is used in a torch with the Hypertherm Powermax system and the torch is operated in a transferred arc mode, gas pressure in the plasma chamber of the plasma arc torch nozzle imparts a force on the electrode body greater than the separation force, such that the elongated electrode body is driven in the direction of the green arrow and engages the contact element.<br><br> |

# Exhibit G

**Exhibit G**

Plaintiff purchased Amazon ASIN Number B08LDLR91R from the Amazon webstore that included ten (10) Defendant No. 1 "220842 Plasma Electrode Tips Fit for PMX 45XP/65/85/105 Plasma Cutting Torch Consumable(s)" (each a "Defendant No. 1 220842 Electrode" or "Representative Product"). Plaintiff also purchased products including 220842 Electrodes from a representative sampling of the Defendants to confirm that the products comprised electrodes with the same structure as the Representative Product. For the remaining Defendants, Plaintiff analyzed images of the Infringing Products offered for sale by those Defendants to confirm that they comprised electrodes with the same structure as the Representative Product. In each case, as summarized in the table below - which provides images from an Infringing Product associated with a single representative ASIN for each Defendant - Plaintiff found the structures of the Infringing Products to be identical to the Representative Product.

**Products Sold on Amazon**

| Def. # | Amazon ASIN | Image of Electrode |
|--------|-------------|--------------------|
| 1 | B08LDLR91R |   Image of product purchased by Plaintiff |
| 2 | B09NBP35RN |   Image of product purchased by Plaintiff |
| 3 | B0BZ7VT3HY |   Image from Product Listing |

1

**Exhibit G**

| Def. # | Amazon ASIN | Image of Electrode |
|--------|-------------|--------------------|
| 4 | B08HLX8LK4 |  Image from Product Listing |
| 5 | B0CFXZ2NJ4 |  Image from Product Listing |
| 6 | B07QK9ZGGQ |  Image of product purchased by Plaintiff |
| 7 | B0CKQQCZZ1 |  Image from Product Listing (Listing photos intentionally obscure portions of device) |

2

**Exhibit G**

| Def. # | Amazon ASIN | Image of Electrode |
|--------|-------------|--------------------|
| 8 | B098NCT4VS | <br>Image from Product Listing |
| 9 | B0CCV4LM27 | <br>Image from Product Listing |
| 10 | B0C9361LF5 | <br>Image of product purchased by Plaintiff |
| 11 | B0CFV21HJZ | <br>Image of product purchased by Plaintiff |

3

**Exhibit G**

| Def. # | Amazon ASIN | Image of Electrode |
|--------|-------------|--------------------|
| 12 | B0C9R1BRV6 |   Image from Product Listing |
| 13 | B0BRKDJCX3 |   Image from Product Listing |
| 14 | B0CR7RWF3K |   Image of product purchased by Plaintiff |
| 15 | B0C36RBR37 |   Image from Product Listing  (Listing photos intentionally obscure portions of device) |

**Exhibit G**

| Def. # | Amazon ASIN | Image of Electrode |
|--------|-------------|--------------------|
| 16 | B0C1GDPG95 |  Image of product purchased by Plaintiff |
| 17 | B08G8FCN4W |  Image of product purchased by Plaintiff |
| 18 | B0CD6YHFCQ |  Image from Product Listing |
| 19 | B0C6P2LX4S |  Image of product purchased by Plaintiff |

5

**Exhibit G**

| Def. # | Amazon ASIN | Image of Electrode |
|--------|-------------|--------------------|
| 20 | B0CJNVV1MS |  Image of product purchased by Plaintiff |
| 21 | B0BN9M8VZV |  Image from Product Listing |
| 22 | B0C5D6F5H6 |  Image from Product Listing |
| 23 | B0CB7YMQS5 |  Image from Product Listing |

6

**Exhibit G**

| Def. # | Amazon ASIN | Image of Electrode |
|---|---|---|
| 24 | B0CRKJCW3P | <br>Image from Product Listing |
| 25 | B08VJ58KJ8 | <br>Image from Product Listing<br>(Listing photos intentionally obscure portions of device) |
| 26 | B0B1M5G1H1 | <br>Image from Product Listing |
| 27 | B0B5F52JM9 | <br>Image from Product Listing |

7

**Exhibit G**

| Def. # | Amazon ASIN | Image of Electrode |
|--------|-------------|--------------------|
| 28 | B08TH1B5JS |  Image of product purchased by Plaintiff |
| 29 | B0C1MXN9MK |  Image of product purchased by Plaintiff |
| 30 | B0B1PYYS1H |  Image of product purchased by Plaintiff |

**Exhibit G**

**Products Sold on eBay**

| Def. # | eBay Item ID | Image of Electrode |
|--------|--------------|--------------------|
| 31 | 186253699350 | Image from Product Listing |
| 32 | 395071770186 | Image from Product Listing |
| 33 | 404473582350 | Image from Product Listing |
| 34 | 204428985115 | Image from Product Listing<br>(Listing photos intentionally obscure portions of device) |

**Exhibit G**

| Def. # | eBay Item ID | Image of Electrode |
|---|---|---|
| 35 | 403722972571 |  Image from Product Listing (Listing photos intentionally obscure portions of device) |
| 36 | 404313014304 |  Image from Product Listing |
| 37 | 364671427446 |  220941 × 10 220842 × 10 220817 × 10 Images from Product Listing (Listing photos intentionally obscure portions of device) |

10

**Exhibit G**

| Def. # | eBay Item ID | Image of Electrode |
|--------|--------------|--------------------|
| 38 | 394682672263 | <br>Image from Product Listing |
| 39 | 176096902150 | <br>Image from Product Listing |
| 40 | 364669578794 | <br>**For Powermax45/65/85/105**<br>list includes: 20pcs x 220842 Electrode<br>20pcs x 220816 Nozzle<br><br>Images from Product Listing<br>(Listing photos intentionally obscure portions of device) |

11

**Exhibit G**

| Def. # | eBay Item ID | Image of Electrode |
|--------|--------------|--------------------|
| 41 | 335278212904 |  Image from Product Listing |

**Exhibit G**

**Products Sold on Walmart.com**

| Def. # | Walmart Item ID | Image of Electrode |
|--------|-----------------|--------------------|
| 42 | 5151220048 | <br>Image from Product Listing |
| 43 | 5230934765 | <br>Image from Product Listing |
| 44 | 1762616797 | <br>Image from Product Listing |
| 45 | 5684310950 | <br>Image from Product Listing |

**Exhibit G**

| Def. # | Walmart Item ID | Image of Electrode |
|--------|-----------------|--------------------|
| 46 | 5158758971 | <br>Image from Product Listing |
| 47 | 5457854300 | <br>Image from Product Listing |
| 48 | 5466834571 | <br>Image from Product Listing |
| 49 | 5156437903 | <br>Image from Product Listing |

14

**Exhibit G**

| Def. # | Walmart Item ID | Image of Electrode |
|---|---|---|
| 50 | 1732489713 | <br><br>Image from Product Listing |