IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERTHERM, INC., a New Hampshire corporation, | |
| *Plaintiff,* | CASE NO. 1:24-cv-5198-EEB-JC |
| v. | |
| THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", | Judge Elaine E. Bucklo<br>Magistrate Judge Jeffrey Cole |
| *Defendants.* | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FRCP 41**

Plaintiff Hypertherm, Inc. ("Hypertherm" or "Plaintiff") hereby moves, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure, to dismiss with prejudice all causes of action in the complaint against the following Defendants identified in Schedule A to the Complaint.

| Schedule A Defendant Number | Brand Name | Seller Name | Amazon Seller Id |
|---|---|---|---|
| 9 | FSHero Riding | FSHero Riding | A124I0GQKH1YHR |
| 13 | Lewan | Lewan welding and cutting | A2UFA2NLP1CMK0 |

Each party shall bear its own attorneys' fees and costs. None of the above identified Defendants have answered the Complaint nor filed a motion for summary judgement. Therefore, Plaintiff submits that dismissal under Rule 41(a)(1) is appropriate.

1

DATED August 6, 2024.   Respectfully submitted,

By /s/ Collin D. Hansen
Collin D. Hansen (ARDC#: 6335991)
Email: chansen@wnlaw.com
**WORKMAN NYDEGGER**
840 S Northwest Hwy, Suite 10
Barrington, IL 60010
(815) 353-4438 (Telephone)

Brian N. Platt (UT# 17099)
Email: bplatt@wnlaw.com
Kenneth J. Dyer (CA#191192)
Email: kdyer@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple, Suite 1000
Salt Lake City, UT 84111
(801) 533-9800 (Telephone)

*Attorneys for Hypertherm, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2024 I caused to be filed with the Clerk of the Court the foregoing Notice of Voluntary Dismissal using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and that I will cause to be sent an email to either the addresses of Defendants' counsel and/or the addresses provided for Defendants by third parties.

By /s/ Collin D. Hansen
Collin D. Hansen