IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERTHERM, INC., a New Hampshire corporation,<br><br>    *Plaintiff,*<br><br>v.<br><br>THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>    *Defendants.* | CASE NO. 1:24-cv-5198-EEB-JC<br><br>DEMAND FOR JURY TRIAL<br><br>Judge Elaine E. Bucklo<br>Magistrate Judge Jeffrey Cole |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

Plaintiff, Hypertherm, Inc. ("Hypertherm" or "Plaintiff") by and through its undersigned counsel, hereby moves the Court for entry of a Preliminary Injunction against Defendants identified as Defendant Nos. 1-8, 10-12, 14-23, 25-40, 42-43 and 45-50 in Schedule A to the Verified Complaint (the "Remaining Defendants[1]"). The scope of Plaintiff's proposed Preliminary Injunction is substantially identical to the Temporary Restraining Order entered on July 18, 2024 [Dkt. 13] and extended through August 15, 2024, on July 26, 2024 [Dkt. 17]. Filed concurrently with, and in support of, this Motion are: (a) a Memorandum of Law; and (b) a Proposed Order.

---

[1] Plaintiff has filed Voluntary Notices of Dismissal with respect to Defendant Nos. 9, 13, 24, 41 and 44.

2

DATED this 7th day of August, 2024.

Respectfully submitted,

By /s/ Collin D. Hansen
    Collin D. Hansen (ARDC#: 6335991)
    Email: chansen@wnlaw.com
    **WORKMAN NYDEGGER**
    840 S Northwest Hwy, Suite 10
    Barrington, IL 60010
    (815) 353-4438 (Telephone)

    Brian N. Platt (UT# 17099)
    Email: bplatt@wnlaw.com
    Kenneth J. Dyer (CA#191192)
    Email: kdyer@wnlaw.com
    **WORKMAN NYDEGGER**
    60 East South Temple, Suite 1000
    Salt Lake City, UT  84111
    (801) 533-9800 (Telephone)

    *Attorneys for Hypertherm, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2024 I caused to be filed with the Clerk of the Court the foregoing MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and that I will cause to be sent an email to the addresses of Defendants' counsel and/or the addresses provided for Defendants by third parties attaching the foregoing.

By /s/ Collin D. Hansen
Collin D. Hansen