IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERTHERM, INC., a New Hampshire corporation, | |
| *Plaintiff,* | CASE NO. 1:24-cv-5198-GNA-JC |
| v. | |
| THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", | Honorable Georgia N. Alexakis<br>Magistrate Judge Jeffrey Cole |
| *Defendants.* | |

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FRCP 41

Plaintiff Hypertherm, Inc. ("Hypertherm" or "Plaintiff") hereby moves, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure, to dismiss with prejudice all causes of action in the complaint against the following Defendants identified in Schedule A to the Complaint.

| Schedule A Defendant Number | Brand Name | Seller Name | Amazon Seller Id |
|---|---|---|---|
| 8 | Eyes.sys | ShenZhen Anber Trading Co., Ltd. | A1AQVKCENI7HQS |
| 26 | WURAWUS | GLARAY | A13MRIDJZTU5KH |

| Schedule A Defendant Number | Brand Name | Seller Name | Walmart Seller Id |
|---|---|---|---|
| 42 | BLUESON | Kajove | 101555051 |
| 43 | Bosisa | Bosisa | 101556227 |
| 45 | Hastore | Hastore | 101623375 |

1

| 46 | Hmoddpon | BeiXin | 101561726 |
| --- | --- | --- | --- |
| 47 | Kabuda | KABUDA | 101127803 |
| 48 | KAIRUITE | kairuite | 101590998 |
| 49 | Mduoduo | Yannee | 101138827 |

Each party shall bear its own attorneys' fees and costs. None of the above identified Defendants have answered the Complaint nor filed a motion for summary judgement. Therefore, Plaintiff submits that dismissal under Rule 41(a)(1) is appropriate.

DATED August 26, 2024.              Respectfully submitted,

By */s/ Collin D. Hansen*
  Collin D. Hansen (ARDC#: 6335991)
  Email: chansen@wnlaw.com
  **WORKMAN NYDEGGER**
  840 S Northwest Hwy, Suite 10
  Barrington, IL 60010
  (815) 353-4438 (Telephone)

  Brian N. Platt (UT# 17099)
  Email: bplatt@wnlaw.com
  Kenneth J. Dyer (CA#191192)
  Email: kdyer@wnlaw.com
  **WORKMAN NYDEGGER**
  60 East South Temple, Suite 1000
  Salt Lake City, UT  84111
  (801) 533-9800 (Telephone)

  *Attorneys for Hypertherm, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2024, I caused to be filed with the Clerk of the Court the foregoing **NOTICE OF VOLUNTARY DISMISSAL** using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and that I will cause to be sent an email to the addresses of Defendants' counsel and/or the addresses provided for Defendants by third parties attaching the foregoing.

By */s/ Collin D. Hansen*
Collin D. Hansen