**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HYPERTHERM, INC., a New Hampshire corporation, | |
| *Plaintiff,* | CASE NO. 1:24-cv-5198-GNA-JC |
| v. | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", | Honorable Georgia N. Alexakis Magistrate Judge Jeffrey Cole |
| *Defendants.* | |

**DECLARATION OF KENNETH J. DYER IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

I, Kenneth J. Dyer, hereby declare as follows:

1.  I am a member in good standing of the California and Washington Bars.  I have been admitted *pro hac vice* to practice law in the United States District Court for the Northern District of Illinois in this matter. [Dkt # 11, 12].

2.  I am an attorney with the law firm of Workman Nydegger, representing Plaintiff Hypertherm, Inc. in the above-entitled action.  I am over the age of eighteen and am competent to testify to all matters contained herein.

3.  Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the following.

4.  Pursuant to the Court's Temporary Restraining Order [Dkt. 13], and on behalf of Hypertherm, I requested discovery from Amazon.com, Inc. ("Amazon"), eBay, Inc. ("eBay") and

1

Walmart, Inc. ("Walmart") via subpoena for contact and sales information of each of the defendants in Schedule A to the Complaint.

5.     In response, Amazon, eBay and Walmart provided discovery regarding the contact information as well as limited sales information, including product descriptions, for the defendants. This discovery was in the form of one or more Excel spreadsheets containing similar, but not identical information from each of the aforementioned third-parties. If requested, I will provide the Court an electronic copy of these spreadsheets to review, as generally each spreadsheet has multiple tabs and/or is otherwise too large to print out.

6.     I personally reviewed the information provided by Amazon, eBay and Walmart in response to the aforenoted subpoenas and have used the information to identify any products of the Defaulting Defendants that include one or more electrodes identified by part number 220842 and that infringe the Patents-in-Suit (the "Infringing Products"). A list of the Infringing Products sold and/or offered for sale by each of the Defaulting Defendants since June 21, 2018 identified by the ASIN or Item ID for those products is set forth in the table below:

| Def. # | Seller Name | Amazon Seller Id | ASINs of Infringing Products |
|--------|-------------|------------------|------------------------------|
| 1 | Kemao | A1KKJHO7HJM9WA | B0C6SLY22S |
| | | | B08LPBWSJK |
| | | | B08LDM5G68 |
| | | | B08LPBWQX4 |
| | | | B08LDK6YPZ |
| | | | B08LQ2YV2G |
| | | | B08LDLR91R |
| | | | B08LP99SS9 |
| | | | B08LP9CK5N |
| | | | B08LDKVPRB |
| | | | B08LDKP88F |
| | | | B08LPGV99H |
| | | | B08LDM3L87 |
| | | | B08LDN7LHW |
| | | | B07QXVXHSQ |

| | | | |
|---|---|---|---|
| | | | B086BH4FF1 |
| | | | B089K5BLP7 |
| | | | B089ZRW41S |
| | | | B08B17GBCL |
| | | | B08FDH7NQM |
| | | | B08FSTNDGX |
| | | | B08G8KPHT9 |
| | | | B0LDMC3RW |
| | | | B08LDNHTMS |
| | | | B0LDP6T7K |
| | | | B0SLDQMZ4J |
| | | | B08LDR62CV |
| | | | B0SLDRBC3G |
| | | | B08LGMQL6C |
| 5 | Lsafes | A208WRYST0QM4Q | BOCFXZ2NJ4 |
| 6 | Donwind | AJTJIOMCE03QY | B09P351CLD |
| | | | B07TV27S8X |
| | | | B07STQYH7K |
| | | | B0817GJTMP |
| | | | B0817CJP8G |
| | | | B09P2JZFD8 |
| | | | B09SSYXK9V |
| | | | B07QXVSG4Y |
| | | | B07QK9ZGGQ |
| | | | B07SWVJ7VR |
| | | | B07WX6S22N |
| | | | B07QXVXHSQ |
| | | | B07RHFDHLZ |
| | | | B07S3K57TD |
| | | | B07SRPTT87 |
| | | | B07SSPGVKB |
| | | | B07STR832W |
| | | | B07SVTTWN8 |
| | | | B07WT2862H |
| | | | B07WV7Z5W2 |
| | | | B07Y9DN8FH |
| | | | B07Y9MV3XC |
| | | | B07ZTH2R8B |
| | | | B0ZZTHM21J |
| | | | B0813M8GS6 |
| | | | B0813WBY92 |
| | | | B0817CZV2W |
| | | | B081C5T7LV |

| | | | |
|---|---|---|---|
| | | | B081C9YC84 |
| | | | B081CF8LK8 |
| | | | B085PQN31Q |
| | | | B085PX2H86 |
| | | | B0861WB76G |
| | | | B08671XBYZ |
| | | | B086BH4FF1 |
| | | | B086BV24SC |
| | | | B086BZWBX4 |
| | | | B09WH4MPC2 |
| | | | B09WH4RVCK |
| | | | B09WHHZDNW |
| | | | B0D3VH3CQV |
| 7 | Orient sunrise | A1G9WP6EATNJ6D | B0CKQQH6FZ |
| | | | B0CKQQHSK5 |
| | | | B0CKQQCZZ1 |
| | | | B0CKQQQYW8 |
| | | | B0CKQRB6ZG |
| 10 | Fast Delivery 9-16 Days | A1JKQUCGVBTY3T | B0C95PNWD6 |
| | | | B0C94SY42Z |
| | | | B0C94RR964 |
| | | | B0C93C75W4 |
| | | | B0C94NCP6X |
| | | | B0C94NVV3K |
| | | | B0C932WGCH |
| | | | B0C94R8B7V |
| | | | B0C95VG7VP |
| | | | B0C93SFXDX |
| | | | B0C94Q6PRB |
| | | | B0C94C6ZRT |
| | | | B0C932Z499 |
| | | | B0C94Q7R8D |
| | | | B0C9493LHX |
| | | | B0C94NXMTY |
| | | | B0C949SL6H |
| | | | B0C95R1GZP |
| | | | B0C93T4D9T |
| | | | B0C95RX8PN |
| | | | B0C93Q9KQR |
| | | | B0C95PPBHL |
| | | | B0C939KW8T |
| | | | B0C93S9CRP |
| | | | B0C94RVMSM |
| | | | B0C9468179 |

| | | | |
|---|---|---|---|
| | | | B0C95T5FXK |
| | | | B0C9361LF5 |
| 11 | JiaWang Wang | A2PU0L8ZGV7CNA | B0CFV21HJZ |
| 12 | Wangyu1234 | A1QNLI02UL5GFF | B0C9SW9W19 |
| | | | B0CFV2B1YW |
| | | | B0C9T1F42M |
| | | | B0C9SZCMHM |
| | | | B0CFTZSJ3L |
| | | | B0CFV52PG7 |
| | | | B0CFV4BLDV |
| | | | B0C9SY3P4N |
| | | | B0CFV2MW5K |
| | | | B0C9SYLGZ5 |
| | | | B0CFV1RLSN |
| | | | B0CFV266S3 |
| | | | B0C9SZZ5NZ |
| | | | B0CFV483SY |
| | | | B0CFV24HR6 |
| | | | B0C9T33D68 |
| | | | B0C9T2WJDL |
| | | | B0C9T13KN5 |
| | | | B0CFV3Y2D9 |
| | | | B0CFV2SW1S |
| | | | B0C9R1BRV6 |
| | | | B0C9R2HP52 |
| 14 | SXXZSLH | A1WN09FGVHN7EX | B0CR7Q8BRR |
| | | | B0CR7RWF3K |
| 15 | Lorry High Quality Shops | A38KD3REF30D0A | B0C3QGXJT9 |
| | | | B0C36SG9KP |
| | | | B0C36S3V2X |
| | | | B0C3W57Z81 |
| | | | B0C36RLPDR |
| | | | B0C37QLBQQ |
| | | | B0C3WBW8W6 |
| | | | B0C3W8WR8M |
| | | | B0C3RTB52K |
| | | | B0C3W76YZJ |
| | | | B0C36QGH5T |
| | | | B0C37SY6H4 |
| | | | B0C3QJF8YV |
| | | | B0C3QF5687 |
| | | | B0C3S5VPVN |
| | | | B0C3W86YNK |

| | | | |
|---|---|---|---|
| | | | B0C36SWWTK |
| | | | B0C36RVSY1 |
| | | | B0C36RWL27 |
| | | | B0C3RVMGPC |
| | | | B0C37QBWPB |
| | | | B0C3W78FFF |
| | | | B0C36RSR7D |
| | | | B0C3W6W4K5 |
| | | | B0C3QGBHBN |
| | | | B0C3RV64L5 |
| | | | B0C3W5THJT |
| | | | B0C36SWNTG |
| | | | B0C3RTMH8V |
| | | | B0C36TKHML |
| | | | B0C36RBR37 |
| | | | B0C3W9MSDJ |
| | | | B0C3W4Z29V |
| | | | B0C3W85ZTR |
| | | | B0C36RBX8H |
| | | | B0C37QFQTM |
| | | | B0C3RTZQRK |
| 17 | QingDao Welding | ACZQ9L5Z4QW69 | B08G8FCN4W |
| | | | B08G8GDDNG |
| | | | B07VJ1K3J5 |
| | | | B07VBJLX4Q |
| | | | B08G8KPHT9 |
| | | | B07VGW4JR8 |
| | | | B08G8GDQ47 |
| 19 | H Cheng | A6YGUCZ00HZOJ | B0C6PJXYNW |
| | | | B0C6KKSRP1 |
| | | | B0C6P1LYXP |
| | | | B0C6KPBNFT |
| | | | B0C6P96GNY |
| | | | B0C6PJFQWH |
| | | | B0C6M13NBQ |
| | | | B0C6KJM5VS |
| | | | B0C6P2F8GX |
| | | | B0C6LZCVR8 |
| | | | B0C6PKTHJH |
| | | | B0C6PCV3QR |
| | | | B0C6KLSGRG |
| | | | B0C6PQDXQ6 |
| | | | B0C6PJJ6JQ |
| | | | B0C6PY7776 |

|  |  |  | B0C6KL118G |
|  |  |  | B0C6P1V74H |
|  |  |  | B0C6PTSGQ7 |
|  |  |  | B0C6KK6ZG9 |
|  |  |  | B0C6P2R928 |
|  |  |  | B0C6KQ86XP |
|  |  |  | B0C6LYX52Q |
|  |  |  | B0C6M1N75W |
|  |  |  | B0C6P2LX4S |
| 20 | TuKeMei | A8ZJL01CG11X9 | B0CJNWDHHR |
|  |  |  | B0CJNW4WCM |
|  |  |  | B0CJNVSQK5 |
|  |  |  | B0CJNVV1MS |
| 21 | LiuYongGang | AF1ETPWIMP1O | B0BN9M8VZV |
| 23 | Jingmen Chongye | A3MBE57F1YQDNH | B0CB7YMQS5 |
| 27 | WARBESON FACTORY | A2XZS2TEGFZ4IV | B0B5F8NW31 |
|  |  |  | B0B5F9B3PZ |
|  |  |  | B0B5F52JM9 |
|  |  |  | B0B5F8M51X |
| 28 | MGER | AYGQT4AQ2N1HK | B08TH1B5JS |
|  |  |  | B08TBKCPFL |
|  |  |  | B098Q9SK3W |
|  |  |  | B09P8BTMPY |
| 29 | Premium Department Stores | A1HP09QPADS8ZK | B0C286B62Y |
|  |  |  | B0C277NRX5 |
|  |  |  | B0C2H4MTYX |
|  |  |  | B0C2HTM3WN |
|  |  |  | B0C2GV2HGG |
|  |  |  | B0C2GN5D2Y |
|  |  |  | B0C2HXJR7G |
|  |  |  | B0C2J1DHBX |
|  |  |  | B0C287YV59 |
|  |  |  | B0C2GTH7S2 |
|  |  |  | B0C2GMXM5Z |
|  |  |  | B0C2GR6MJF |
|  |  |  | B0C2H8FLY6 |
|  |  |  | B0C287KKFQ |
|  |  |  | B0C279XB2M |
|  |  |  | B0C1MTYGHF |
|  |  |  | B0C1MZKGYB |
|  |  |  | B0C2H4JRZB |
|  |  |  | B0C2J15WP5 |

| | | | B0C27BHYDK |
|---|---|---|---|
| | | | B0C1MXNJKS |
| | | | B0C279DSJ9 |
| | | | B0C2GX74D6 |
| | | | B0C2GTM69P |
| | | | B0C288T7Y8 |
| | | | B0C2H4C5W9 |
| | | | B0C1N1MLFP |
| | | | B0C1MXN9MK |
| 30 | Jack&Dave | A1GE06MXPL4SLF | B0B1C1PXY4 |
| | | | B0B1C277D6 |
| | | | B0B1C2B7DC |
| | | | B0B1C4GJMG |
| | | | B0B1C2BH9X |
| | | | B09TL96M41 |
| | | | B0B1DKM27Z |
| | | | B0B1CB8HBS |
| | | | B09TL9XNPB |
| | | | B0B2M2QFLJ |
| | | | B0B1DL4919 |
| | | | B0B1C3Z8GY |
| | | | B09TL86L55 |
| | | | B0B1C2NLKG |
| | | | B09TL6NMSX |
| | | | B0B1D99ZZD |
| | | | B0B1PYYS1H |
| | | | B0B1PY95GS |
| | | | B0B1C3XP74 |
| | | | B09TL6Z2F6 |
| | | | B0B1C43JZB |
| | | | B0B1C29ZNF |
| | | | B0B1PXLW97 |
| | | | B0B1PYLKK9 |
| | | | B0B1C41D17 |
| | | | B0B1C42TF4 |
| | | | B0B1C3FNJ1 |
| | | | B0B1C4CPLT |
| | | | B0B1DDZQYS |
| | | | B09TL84GC9 |
| | | | B09TL7QJNQ |
| | | | B0B1C3R4DK |
| | | | B0B1C1W12K |
| | | | B09TL839SS |
| | | | B09TL724W7 |

| | | | B09TL7W2JM |
| | | | B0B1D9FMVG |
| | | | B0B1C272Y7 |
| | | | B0B1DKWV52 |
| | | | B0B1C4FMQK |
| | | | B0B1D9STVC |
| | | | B0B1C4QQKV |
| | | | B0B1DMH5JR |
| | | | B0B1CFNCND |
| | | | B0B1DPHKWQ |
| **Def. #** | **Seller Name** | **EBay Seller Id** | **Item IDs of Infringing Products** |
| 33 | Automaster-Land | 2463473591 | 404473582350 |
| 34 | Autostartup | 2465729597 | 204428985115 |
| 35 | KEMAO | 2002583359 | 403722972571 |
| | | | 401963881453 |
| | | | 402135913184 |
| | | | 402359409894 |
| | | | 402512775784 |
| | | | 402523889986 |
| | | | 402597130273 |
| | | | 402619753112 |
| | | | 402629578468 |
| | | | 403188237279 |
| | | | 403617032607 |
| | | | 403722596176 |
| | | | 404899705202 |
| 40 | pneumatic-welded | 2565441095 | 364656756774 |
| | | | 364671369685 |
| **Def. #** | **Seller Name** | **Walmart Seller Id** | **Item IDs of Infringing Products** |
| 50 | zhehao | 101121244 | 1732489713 |

7.     I also used the information provided by Amazon, eBay and Walmart to calculate the number of individual electrodes with part number 220842 ("Infringing 220842 Electrodes") that were sold by each of the Defaulting Defendants.  Each Infringing Product comprises at least one (1), and usually ten (10) or more, individual Infringing 220842 Electrodes.  I performed this calculation by: (a) identifying all the Infringing Products sold by the Defaulting Defendants; (b)

identifying how many of each Infringing Product was sold by the relevant Defaulting Defendant; (c) using the product description of the Infringing Product to determine how many individual electrodes were included with each Infringing Product; (d) multiplying the quantities determined in steps (b) and (c) for each Infringing Product for each Defaulting Defendant; and (e) for each Defaulting Defendant, summing the totals calculated in step (d). A table reflecting the above calculations for each of the Defaulting Defendants and identifying the number of Infringing 220842 Electrodes sold by each Defaulting Defendant since June 21, 2018 is set forth below:

| Def. # | Seller Name | ASINs of Infringing Products | # of ASIN Sold | # of 220842 in ASIN | # of 220842 Sold | Total # of 220842 Electrodes Sold by Defendant |
|---|---|---|---|---|---|---|
| 1 | Kemao | B0C6SLY22S | 0 | 20 | 0 | 77,190 |
| | | B08LPBWSJK | 292 | 20 | 5840 | |
| | | B08LDM5G68 | 9 | 10 | 90 | |
| | | B08LPBWQX4 | 563 | 20 | 11260 | |
| | | B08LDK6YPZ | 6 | 10 | 60 | |
| | | B08LQ2YV2G | 532 | 20 | 10640 | |
| | | B08LDLR91R | 113 | 10 | 1130 | |
| | | B08LP99SS9 | 18 | 10 | 180 | |
| | | B08LP9CK5N | 875 | 20 | 17500 | |
| | | B08LDKVPRB | 8 | 10 | 80 | |
| | | B08LDKP88F | 26 | 20 | 520 | |
| | | B08LPGV99H | 574 | 20 | 11480 | |
| | | B08LDM3L87 | 421 | 40 | 16840 | |
| | | B08LDN7LHW | 16 | 10 | 160 | |
| | | B07QXVXHSQ | 21 | 10 | 210 | |
| | | B086BH4FF1 | 4 | 40 | 160 | |
| | | B089K5BLP7 | 2 | 40 | 80 | |
| | | B089ZRW41S | 1 | 10 | 10 | |
| | | B08B17GBCL | 24 | 10 | 240 | |
| | | B08FDH7NQM | 6 | 20 | 120 | |
| | | B08FSTNDGX | 4 | 50 | 200 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | B08G8KPHT9 | 5 | 20 | 100 | |
| | | B0LDMC3RW | 4 | 5 | 20 | |
| | | B08LDNHTMS | 2 | 5 | 10 | |
| | | B0LDP6T7K | 1 | 5 | 5 | |
| | | B0SLDQMZ4J | 1 | 5 | 5 | |
| | | B08LDR62CV | 8 | 5 | 40 | |
| | | B0SLDRBC3G | 3 | 5 | 15 | |
| | | B08LGMQL6C | 39 | 5 | 195 | |
| 5 | Lsafes | BOCFXZ2NJ4 | 0 | | 0 | 0 |
| 6 | Donwind | B09P351CLD | 566 | 20 | 11320 | 413,150 |
| | | B07TV27S8X | 2228 | 20 | 44560 | |
| | | B07STQYH7K | 1789 | 10 | 17890 | |
| | | B0817GJTMP | 890 | 10 | 8900 | |
| | | B0817CJP8G | 729 | 10 | 7290 | |
| | | B09P2JZFD8 | 437 | 20 | 8740 | |
| | | B09SSYXK9V | 1993 | 40 | 79720 | |
| | | B07QXVSG4Y | 3061 | 10 | 30610 | |
| | | B07QK9ZGGQ | 11293 | 10 | 112930 | |
| | | B07SWVJ7VR | 2101 | 10 | 21010 | |
| | | B07WX6S22N | 886 | 20 | 17720 | |
| | | B07QXVXHSQ | 2736 | 10 | 27360 | |
| | | B07RHFDHLZ | 108 | 5 | 540 | |
| | | B07S3K57TD | 12 | 10 | 120 | |
| | | B07SRPTT87 | 3 | 10 | 30 | |
| | | B07SSPGVKB | 3 | 10 | 30 | |
| | | B07STR832W | 94 | 10 | 940 | |
| | | B07SVTTWN8 | 5 | 10 | 50 | |
| | | B07WT2862H | 21 | 20 | 420 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | B07WV7Z5W2 | 72 | 20 | 1440 | |
| | | B07Y9DN8FH | 3 | 20 | 60 | |
| | | B07Y9MV3XC | 13 | 40 | 520 | |
| | | B07ZTH2R8B | 1 | 20 | 20 | |
| | | B0ZZTHM21J | 2 | 10 | 20 | |
| | | B0813M8GS6 | 3 | 20 | 60 | |
| | | B0813WBY92 | 3 | 10 | 30 | |
| | | B0817CZV2W | 6 | 10 | 60 | |
| | | B081C5T7LV | 1 | 10 | 10 | |
| | | B081C9YC84 | 1 | 10 | 10 | |
| | | B081CF8LK8 | 1 | 10 | 10 | |
| | | B085PQN31Q | 2 | 10 | 20 | |
| | | B085PX2H86 | 1 | 10 | 10 | |
| | | B0861WB76G | 3 | 20 | 60 | |
| | | B08671XBYZ | 2 | 20 | 40 | |
| | | B086BH4FF1 | 495 | 40 | 19800 | |
| | | B086BV24SC | 1 | 10 | 10 | |
| | | B086BZWBX4 | 3 | 10 | 30 | |
| | | B09WH4MPC2 | 24 | 10 | 240 | |
| | | B09WH4RVCK | 24 | 10 | 240 | |
| | | B09WHHZDNW | 1 | 10 | 10 | |
| | | B0D3VH3CQV | 27 | 10 | 270 | |
| 7 | Orient sunrise | B0CKQQH6FZ B0CKQQHSK5 B0CKQQCZZ1 B0CKQQQYW8 B0CKQRB6ZG | 0 | | 0 | 0 |
| 10 | | B0C9361LF5 | 1 | 5 | 5 | 5 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Fast Delivery 9-16 Days | B0C95PNWD6 B0C94SY42Z B0C94RR964 B0C93C75W4 B0C94NCP6X B0C94NVV3K B0C932WGCH B0C94R8B7V B0C95VG7VP B0C93SFXDX B0C94Q6PRB B0C94C6ZRT B0C932Z499 B0C94Q7R8D B0C9493LHX B0C94NXMTY B0C949SL6H B0C95R1GZP B0C93T4D9T B0C95RX8PN B0C93Q9KQR B0C95PPBHL B0C939KW8T B0C93S9CRP B0C94RVMSM B0C9468179 B0C95T5FXK B0C9361LF5 | 0 | | 0 | |
| 11 | JiaWang Wang | B0CFV21HJZ | 1 | 20 | 20 | 20 |
| 12 | Wangyu1 234 | B0C9SW9W19 B0CFV2B1YW B0C9T1F42M B0C9SZCMHM B0CFTZSJ3L B0CFV52PG7 B0CFV4BLDV B0C9SY3P4N B0CFV2MW5K B0C9SYLGZ5 B0CFV1RLSN B0CFV266S3 B0C9SZZ5NZ B0CFV483SY | 0 | | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | B0CFV24HR6<br>B0C9T33D68<br>B0C9T2WJDL<br>B0C9T13KN5<br>B0CFV3Y2D9<br>B0CFV2SW1S<br>B0C9R1BRV6<br>B0C9R2HP52 | | | | |
| 14 | SXXZSLH | B0CR7RWF3K | 1 | 20 | 20 | 20 |
| | | B0CR7Q8BRR | 0 | | 0 | |
| 15 | Lorry High Quality Shops | B0C3RTZQRK | 1 | 5 | 5 | 5 |
| | | B0C3QGXJT9<br>B0C36SG9KP<br>B0C36S3V2X<br>B0C3W57Z81<br>B0C36RLPDR<br>B0C37QLBQQ<br>B0C3WBW8W6<br>B0C3W8WR8M<br>B0C3RTB52K<br>B0C3W76YZJ<br>B0C36QGH5T<br>B0C37SY6H4<br>B0C3QJF8YV<br>B0C3QF5687<br>B0C3S5VPVN<br>B0C3W86YNK<br>B0C36SWWTK<br>B0C36RVSY1<br>B0C36RWL27<br>B0C3RVMGPC<br>B0C37QBWPB<br>B0C3W78FFF<br>B0C36RSR7D<br>B0C3W6W4K5<br>B0C3QGBHBN<br>B0C3RV64L5<br>B0C3W5THJT<br>B0C36SWNTG<br>B0C3RTMH8V<br>B0C36TKHML | 0 | | 0 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | B0C36RBR37<br>B0C3W9MSDJ<br>B0C3W4Z29V<br>B0C3W85ZTR<br>B0C36RBX8H<br>B0C37QFQTM | | | | |
| 17 | QingDao Welding | B08G8FCN4W | 128 | 20 | 2560 | 13,255 |
| | | B08G8GDDNG | 95 | 20 | 1900 | |
| | | B07VJ1K3J5 | 12 | 25 | 300 | |
| | | B07VBJLX4Q | 1 | 25 | 25 | |
| | | B08G8KPHT9 | 223 | 20 | 4460 | |
| | | B07VGW4JR8 | 6 | 5 | 30 | |
| | | B08G8GDQ47 | 199 | 20 | 3980 | |
| 19 | H Cheng | B0C6P2LX4S | 1 | 5 | 5 | 5 |
| | | B0C6PJXYNW<br>B0C6KKSRP1<br>B0C6P1LYXP<br>B0C6KPBNFT<br>B0C6P96GNY<br>B0C6PJFQWH<br>B0C6M13NBQ<br>B0C6KJM5VS<br>B0C6P2F8GX<br>B0C6LZCVR8<br>B0C6PKTHJH<br>B0C6PCV3QR<br>B0C6KLSGRG<br>B0C6PQDXQ6<br>B0C6PJJ6JQ<br>B0C6PY7776<br>B0C6KL118G<br>B0C6P1V74H<br>B0C6PTSGQ7<br>B0C6KK6ZG9<br>B0C6P2R928<br>B0C6KQ86XP<br>B0C6LYX52Q<br>B0C6M1N75W | 0 | | 0 | |

| 20 | TuKeMei | B0CJNVV1MS | 1 | 10 | 10 | 10 |
|---|---|---|---|---|---|---|
| | | B0CJNWDHHR B0CJNW4WCM B0CJNVSQK5 | 0 | | 0 | |
| 21 | LiuYong Gang | B0BN9M8VZV | 0 | | 0 | 0 |
| 23 | Jingmen Chongye | B0CB7YMQS5 | 36 | 10 | 360 | 360 |
| 27 | WARBE SON FACTOR Y | B0B5F8NW31 | 15 | 20 | 300 | 1,140 |
| | | B0B5F9B3PZ | 9 | 20 | 180 | |
| | | B0B5F52JM9 | 10 | 20 | 200 | |
| | | B0B5F8M51X | 23 | 20 | 460 | |
| 28 | MGER | B08TH1B5JS | 2250 | 20 | 45000 | 45,870 |
| | | B08TBKCPFL | 20 | 20 | 400 | |
| | | B098Q9SK3W | 19 | 10 | 190 | |
| | | B09P8BTMPY | 28 | 10 | 280 | |
| 29 | Premium Departme nt Stores | B0C1MXN9MK | 1 | 20 | 20 | 20 |
| | | B0C286B62Y B0C277NRX5 B0C2H4MTYX B0C2HTM3WN B0C2GV2HGG B0C2GN5D2Y B0C2HXJR7G B0C2J1DHBX B0C287YV59 B0C2GTH7S2 B0C2GMXM5Z B0C2GR6MJF B0C2H8FLY6 B0C287KKFQ B0C279XB2M B0C1MTYGHF B0C1MZKGYB B0C2H4JRZB B0C2J15WP5 B0C27BHYDK | 0 | | 0 | |

| | | B0C1MXNJKS B0C279DSJ9 B0C2GX74D6 B0C2GTM69P B0C288T7Y8 B0C2H4C5W9 B0C1N1MLFP | | | | |
|---|---|---|---|---|---|---|
| 30 | Jack&Dave | B0B1C1PXY4 | 45 | 20 | 900 | 34,730 |
| | | B0B1C277D6 | 49 | 20 | 980 | |
| | | B0B1C2B7DC | 29 | 20 | 580 | |
| | | B0B1C4GJMG | 77 | 20 | 1540 | |
| | | B0B1C2BH9X | 6 | 20 | 120 | |
| | | B09TL96M41 | 100 | 20 | 2000 | |
| | | B0B1DKM27Z | 41 | 20 | 820 | |
| | | B0B1CB8HBS | 51 | 20 | 1020 | |
| | | B09TL9XNPB | 24 | 20 | 480 | |
| | | B0B2M2QFLJ | 151 | 20 | 3020 | |
| | | B0B1DL4919 | 33 | 20 | 660 | |
| | | B0B1C3Z8GY | 37 | 20 | 740 | |
| | | B09TL86L55 | 37 | 20 | 740 | |
| | | B0B1C2NLKG | 22 | 20 | 440 | |
| | | B09TL6NMSX | 97 | 20 | 1940 | |
| | | B0B1D99ZZD | 24 | 20 | 480 | |
| | | B0B1PYYS1H | 42 | 7 | 294 | |
| | | B0B1PY95GS | 25 | 7 | 175 | |
| | | B0B1C3XP74 | 53 | 20 | 1060 | |
| | | B09TL6Z2F6 | 279 | 20 | 5580 | |
| | | B0B1C43JZB | 11 | 20 | 220 | |
| | | B0B1C29ZNF | 83 | 20 | 1660 | |

| Def. # | Seller Name | Item IDs of Infringing Products | # of Item ID Sold | # of 220842 in Item ID | # of 220842 Sold | Total # of 220842 Electrodes Sold by Defendant |
|---|---|---|---|---|---|---|
| | | B0B1PXLW97 | 7 | 20 | 140 | |
| | | B0B1PYLKK9 | 21 | 7 | 147 | |
| | | B0B1C41D17 | 10 | 20 | 200 | |
| | | B0B1C42TF4 | 8 | 20 | 160 | |
| | | B0B1C3FNJ1 | 7 | 20 | 140 | |
| | | B0B1C4CPLT | 52 | 20 | 1040 | |
| | | B0B1DDZQYS | 25 | 20 | 500 | |
| | | B09TL84GC9 | 19 | 20 | 380 | |
| | | B09TL7QJNQ | 81 | 20 | 1620 | |
| | | B0B1C3R4DK | 24 | 20 | 480 | |
| | | B0B1C1W12K | 54 | 20 | 1080 | |
| | | B09TL839SS | 14 | 20 | 280 | |
| | | B09TL724W7 | 19 | 20 | 380 | |
| | | B09TL7W2JM | 10 | 20 | 200 | |
| | | B0B1D9FMVG | 26 | 20 | 520 | |
| | | B0B1C272Y7 | 18 | 5 | 90 | |
| | | B0B1DKWV52 | 44 | 20 | 880 | |
| | | B0B1C4FMQK | 19 | 20 | 380 | |
| | | B0B1D9STVC | 11 | 20 | 220 | |
| | | B0B1C4QQKV | 7 | 20 | 140 | |
| | | B0B1DMH5JR | 7 | 20 | 140 | |
| | | B0B1CFNCND | 6 | 4 | 24 | |
| | | B0B1DPHKWQ | 7 | 20 | 140 | |
| Def. # | Seller Name | Item IDs of Infringing Products | # of Item ID Sold | # of 220842 in Item ID | # of 220842 Sold | Total # of 220842 Electrodes Sold by Defendant |
| 33 | Automaster-Land | 404473582350 | 14 | 20 | 280 | 280 |

| Def. # | Seller Name | Item IDs of Infringing Products | # of Item ID Sold | # of 220842 in Item ID | # of 220842 Sold | Total # of 220842 Electrodes Sold by Defendant |
|---|---|---|---|---|---|---|
| 34 | Autostart up | 204428985115 | 4 | 20 | 80 | 80 |
| 35 | KEMAO | 403722972571 | 873 | 20 | 17,460 | 32,360 |
| | | 401963881453 | 5 | 50 | 250 | |
| | | 402135913184 | 5 | 50 | 250 | |
| | | 402359409894 | 11 | 10 | 110 | |
| | | 402512775784 | 3 | 10 | 30 | |
| | | 402523889986 | 2 | 50 | 100 | |
| | | 402597130273 | 1 | 40 | 40 | |
| | | 402619753112 | 9 | 50 | 450 | |
| | | 402629578468 | 117 | 40 | 4,680 | |
| | | 403188237279 | 30 | 20 | 600 | |
| | | 403617032607 | 105 | 40 | 4,200 | |
| | | 403722596176 | 177 | 20 | 3,540 | |
| | | 404899705202 | 23 | 40 | 920 | |
| 40 | pneumatic-welded | 364656756774 | 1 | 20 | 20 | 120 |
| | | 364671369685 | 5 | 20 | 100 | |
| Def. # | Seller Name | Item IDs of Infringing Products | # of Item ID Sold | # of 220842 in Item ID | # of 220842 Sold | Total # of 220842 Electrodes Sold by Defendant |
| 50 | zhehao | 1732489713 | 0 | | 0 | 0 |

8.     I also used the information to identify and calculate, for each of the Defaulting Defendants: (a) the total revenue generated through the sale of Infringing Products; and (b) the total amount of funds restrained in the Defaulting Defendants known financial accounts as of the time of the most recent discovery information received from Amazon, eBay and Walmart. The table below summarizes this information for each of the Defaulting Defendants:

| Def. # | Seller Name | Amazon Seller Id | Total Revenue | Restrained Funds |
|---|---|---|---|---|
| 1 | Kemao | A1KKJHO7HJM9WA | $304,365.65 | $74,076.61 |
| 5 | Lsafes | A208WRYST0QM4Q | $0.00 | $0.00 |
| 6 | Donwind | AJTJIOMCE03QY | $1,931,339.60 | $18,157.94 |
| 7 | Orient sunrise | A1G9WP6EATNJ6D | $0.00 | $885.46 |
| 10 | Fast Delivery 9-16 Days | A1JKQUCGVBTY3T | $21.60 | $570.10 |
| 11 | JiaWang Wang | A2PU0L8ZGV7CNA | $109.99 | $177.49 |
| 12 | Wangyu1234 | A1QNLI02UL5GFF | $0.00 | $569.03 |
| 14 | SXXZSLH | A1WN09FGVHN7EX | $98.83 | $115.34 |
| 15 | Lorry High Quality Shops | A38KD3REF30D0A | $22.46 | $677.52 |
| 17 | QingDao Welding | ACZQ9L5Z4QW69 | $70,415.60 | $2,761.80 |
| 19 | H Cheng | A6YGUCZ00HZOJ | $21.60 | $266.01 |
| 20 | TuKeMei | A8ZJL01CG11X9 | $34.28 | $174.52 |
| 21 | LiuYongGang | AF1ETPWIMP1O | $0.00 | $175.65 |
| 23 | Jingmen Chongye | A3MBE57F1YQDNH | $1,050.07 | $124.69 |
| 27 | WARBESON FACTORY | A2XZS2TEGFZ4IV | $3,451.26 | $738.65 |
| 28 | MGER | AYGQT4AQ2N1HK | $192,650.65 | $0.00 |
| 29 | Premium Department Stores | A1HP09QPADS8ZK | $58.08 | $40.11 |
| 30 | Jack&Dave | A1GE06MXPL4SLF | $179,831.26 | $680.32 |
| Def. # | Seller Name | EBay Seller Id | Total Revenue | Restrained Funds |
| 33 | Automaster-Land | 2463473591 | $497.78 | $17.53 |
| 34 | Autostartup | 2465729597 | $150.06 | $2.95 |
| 35 | KEMAO | 2002583359 | $68,615.98 | $321.27 |
| 40 | pneumatic-welded | 2565441095 | $383.75 | $394.01 |

| Def. # | Seller Name | Walmart Seller Id | Total Revenue | Restrained Funds |
|---|---|---|---|---|
| 50 | zhehao | 101121244 | 0 | -$17.52 |

9.      I attest that the information in each of the tables above is an accurate and true summary of the information provided in discovery by Amazon, eBay and Walmart with regard to the Defaulting Defendants.

10.      Based on the above information, the total revenue generated by the Defaulting Defendants from the sales of Infringing Products is at least $2,753,118.50.

11.      Based on the above information a total of at least 618,890 Infringing 220842 Electrodes have been sold by the Defaulting Defendants.

12.      Based on the above information the amount restrained in Defaulting Defendants' known financial accounts ranges from -$17.52 to $74,076.61.

13.      Based on the above information the total amount restrained in Defaulting Defendants' known financial accounts is $100,909.48.

14.      I understand from information provided in the Declaration of Brett Hansen in Support of Motion for Default Judgment that: (a) the average price charged by Hypertherm to its channel partners for each Genuine 220842 Electrode is seven dollars and eighty-eight cents ($7.88); and (b) the cost of manufacturing each Genuine 220842 Electrode (including labor, equipment and materials) at Hypertherm's manufacturing facility in Lebanon, New Hampshire is two dollars and thirty cents ($2.30).

15.      Accordingly, based on the average sales price and cost of each Genuine 220842 Electrode, the profit lost by Hypertherm for each sale of an Infringing 220842 Electrode is five dollars and fifty-eight cents ($5.58).

16.     Based on the information set forth above regarding the total number of Infringing 220842 Electrodes sold by each of the Defaulting Defendants and lost profit of $5.58 for each sale of an Infringing 220842 Electrode, I have calculated and set forth in the table below the total lost profits suffered by Hypertherm with respect to each of the Defaulting Defendants:

| Def. # | Seller Name | Amazon Seller Id | # Infringing 220842 Electrodes Sold | Damages |
|---|---|---|---|---|
| 1 | Kemao | A1KKJHO7HJM9WA | 77,190 | $430,720.20 |
| 5 | Lsafes | A208WRYST0QM4Q | 0 | $0.00 |
| 6 | Donwind | AJTJIOMCE03QY | 413,150 | $2,305,377 |
| 7 | Orient sunrise | A1G9WP6EATNJ6D | 0 | $0.00 |
| 10 | Fast Delivery 9-16 Days | A1JKQUCGVBTY3T | 5 | $27.90 |
| 11 | JiaWang Wang | A2PU0L8ZGV7CNA | 20 | $111.60 |
| 12 | Wangyu1234 | A1QNLI02UL5GFF | 0 | $0.00 |
| 14 | SXXZSLH | A1WN09FGVHN7EX | 20 | $111.60 |
| 15 | Lorry High Quality Shops | A38KD3REF30D0A | 5 | $27.90 |
| 17 | QingDao Welding | ACZQ9L5Z4QW69 | 13,255 | $73,962.90 |
| 19 | H Cheng | A6YGUCZ00HZOJ | 5 | $27.90 |
| 20 | TuKeMei | A8ZJL01CG11X9 | 10 | $55.80 |
| 21 | LiuYongGang | AF1ETPWIMP1O | 0 | $0.00 |
| 23 | Jingmen Chongye | A3MBE57F1YQDNH | 360 | $2,008.80 |
| 27 | WARBESON FACTORY | A2XZS2TEGFZ4IV | 1,140 | $6,361.20 |
| 28 | MGER | AYGQT4AQ2N1HK | 45,870 | $255,954.60 |
| 29 | Premium Department Stores | A1HP09QPADS8ZK | 20 | $111.60 |
| 30 | Jack&Dave | A1GE06MXPL4SLF | 34,730 | $193,793.40 |

| Def. # | Seller Name | EBay Seller Id | # Infringing 220842 Electrodes Sold | Damages |
|---|---|---|---|---|
| 33 | Automaster-Land | 2463473591 | 280 | $1,562.40 |
| 34 | Autostartup | 2465729597 | 80 | $446.40 |
| 35 | KEMAO | 2002583359 | 32,630 | $182,075.40 |
| 40 | pneumatic-welded | 2565441095 | 120 | $669.60 |
| Def. # | Seller Name | Walmart Seller Id | # Infringing 220842 Electrodes Sold | Damages |
| 50 | zhehao | 101121244 | 0 | $0.00 |

17.     Based on limited financial information provided by Amazon and eBay with respect to the Defaulting Defendants, Hypertherm served subpoenas on the banks identified below with respect to the Defaulting Defendants identified below and requested that the accounts for the Defaulting Defendants be frozen in accordance with the Court's TRO [Dkt. 13] and Preliminary Injunction [Dkt. 31]:

| Def. # | Seller Name | Amazon Seller Id | Bank Name | Name on Account |
|---|---|---|---|---|
| 1 | Kemao | A1KKJHO7HJM9WA | JPMorgan Chase Bank NA | Jiangsu Kemao Automation Co., Ltd. |
| 1 | Kemao | A1KKJHO7HJM9WA | CITIBANK N.A. | Jiangsu Kemao Automation Co., Ltd. |
| 6 | Donwind | AJTJIOMCE03QY | First Century Bank, NA | zhangyang wu |
| 17 | QingDao Welding | ACZQ9L5Z4QW69 | CITIBANK N.A. | QingDaoJinHeZhiMeiGongYiPinMaoYiYouXianGongSi |
| 28 | MGER | AYGQT4AQ2N1HK | JPMorgan Chase Bank NA | ruianshi tepeng maoyi youxiangongsi |

| 30 | Jack&Dave | A1GE06MXPL4SLF | Community Federal Savings Bank | Taizhou Lonke E-commerce Co. |
|----|-----------|----------------|-------------------------------|------------------------------|

18.     The identified banks have not to date been able to identify specific accounts for any of the Defaulting Defendants based on the information provided by Amazon and eBay and thus no U.S. bank accounts associated with any of the Defaulting Defendants have yet been frozen and Hypertherm has no knowledge regarding the available funds in any of those accounts.

19.     I declare under penalties of perjury under the United States that the statements set forth herein are true and correct to the best of my knowledge and understanding.

DATED this 15th day of October, 2024.


   _/s/  Kenneth J. Dyer_____
   Kenneth J. Dyer